AO 440 (Rev. DC - September 2003) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me [1] | May 6, 2008 @ 11:50am |
| NAME OF SERVER (PRINT) Nate DeVaughn | TITLE Process Server |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

  Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): Served Trinity Oakland, Inc., by serving Randal Kleis, person authorized to accept service of process by leaving with Rosemarie Griego, person apparently in charge.

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL 75.00 |
|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  5-7-08
             Date                Signature of Server

                                 c/o All-N-One Legal Support, Inc.
                                 1545 Wilshire Blvd., # 715
                                 Los Angeles, CA  90017
                                 (213) 202-3990
                                 Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.