UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SERVICE EMPLOYEES INTERNATIONAL UNION NATIONAL INDUSTRY PENSION FUND, *et al.*,<br><br>    Plaintiffs,<br><br>v.<br><br>TRINITY OAKLAND, INC.<br><br>    Defendant. | C. A. No. 1:08-cv-00701 |

**PLAINTIFFS' REQUEST
FOR ENTRY OF DEFAULT**

Pursuant to Rule 55(a) of the Federal Rules of Civil Procedure, Plaintiffs Service Employees International Union National Industry Pension Fund, et al., through their undersigned counsel, hereby request the entry of default against Defendant Trinity Oakland, Inc.  In support of their Request, Plaintiffs state the following:

1. On April 24, 2008, Plaintiffs filed their Complaint to recover outstanding contributions, interest, liquidated damages, costs, and attorneys fees, and to obtain a permanent injunction requiring Defendant to timely pay all contributions  ("Complaint"), against the Defendant.

2. On May 7, 2008, the summons and the Complaint and its related materials were served on Defendant Trinity Oakland, through designated agent Randal Kleis, in accordance with Rule 4(c) and (h)(1) of the Federal Rules of Civil Procedure.  (See May 7, 2008, Return of Service Form, a copy of which is attached as Exhibit A).

3. Rule 12(a)(1)(A) of the Federal Rules of Civil Procedure provides Defendant twenty (20) days in which to file an Answer.

4. To date, the Defendant has not filed an Answer to the Complaint or other responsive pleading pursuant to Rule 12 of the Federal Rules of Civil Procedure.

5. Rule 55 of the Federal Rules of Civil Procedure provides that when a party fails to plead or otherwise defend against an action, the Clerk or the Court shall enter the party's default. Here, the Defendant have failed to answer or respond to Plaintiffs' Complaint. Therefore, Defendant is in default. In accordance with the Rules of this Court, Plaintiffs respectfully request the entry of default.

Respectfully submitted,

_____/s/_____
Richard C. Welch, Esq. (Bar#485756)
Eugene K. Ahn, Esq.
Mooney, Green, Baker & Saindon, P.C.
1920 L Street, N.W., Suite 400
Washington, D.C. 20036
Telephone: (202) 783-0010
Fax: (202) 783-6088
mmurphy@mooneygreen.com
eahn@mooneygreen.com
Counsel for Plaintiffs

Dated: July 24, 2008

## CERTIFICATE OF SERVICE

The undersigned certifies that on this 24th day of July, 2008, a true and correct copy of the foregoing PLAINTIFFS' REQUEST FOR ENTRY OF DEFAULT was filed electronically with the Court and served via United States mail to the following addresses for Defendant:

>Randal Kleis
>Trinity Oakland, Inc.
>723 East 9th Street
>Long Beach, CA 90813

/s/
Eugene K. Ahn

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SERVICE EMPLOYEES INTERNATIONAL UNION NATIONAL INDUSTRY PENSION FUND, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> TRINITY OAKLAND, INC. . <br><br> Defendant. | ) ) ) ) ) ) ) ) ) ) ) ) ) C. A. No. 1:08-cv-00701 |

**ENTRY OF DEFAULT**

Pursuant to Rule 55(a) of the Federal Rules of Civil Procedure and Plaintiffs' Request for Entry of Default, a Default is hereby entered against Trinity Oakland, Inc. The Defendant has failed to plead or otherwise defend against this action within twenty (20) days of receiving the Plaintiffs' Complaint.


Dated: _____
                                                            Clerk of the Court
                                                            United States District Court
                                                            for the District of Columbia

# EXHIBIT A

AO 440 (Rev. DC - September 2003) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | May 6, 2008 @ 11:50am |

| NAME OF SERVER (PRINT) | TITLE |
|---|---|
| Nate DeVaughn | Process Server |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): Served Trinity Oakland, Inc., by serving Randal Kleis, person authorized to accept service of process by leaving with Rosemarie Griego, person apparently in charge.

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | 75.00 |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on   5-7-08
            Date

Signature of Server

Address of Server:
c/o All-N-One Legal Support, Inc.
1545 Wilshire Blvd., # 715
Los Angeles, CA 90017
(213) 202-3990

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.