Default - Rule 55A (CO 40 Revised-DC 02/00)

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

SERVICE EMPLOYEES INTERNATIONAL
UNION NATIONAL INDUSTRY PENSION
FUND, ET AL

   Plaintiff(s)

   V.                                             Civil Action No. 08-701 (RJL)

TRINITY OAKLAND, INC.

   Defendant(s)

RE:  TRINITY OAKLAND, INC.; d/b/a HIGH STREET CONVALESCENT HOSPITAL; d/b/a MACARTHUR CONVALESCENT HOSPITAL

## DEFAULT

It appearing that the above-named defendant(s) failed to plead or otherwise defend this action though duly served with summons and copy of the complaint on May 6, 2008, and an affidavit on behalf of the plaintiff having been filed, it is this 25th day of July, 2008 declared that defendant(s) is/are in default.

NANCY MAYER-WHITTINGTON, Clerk

By: _____
                                                              N. Wilkens
                                                              Deputy Clerk